IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31287
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

H. DONOVAN SEATON, et al.,

                                        Defendants,

H. DONOVAN SEATON,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-1254 G
- - - - - - - - - -
May 17, 1996

Before SMITH, BENDAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellant H. Donovan Seaton appeals the denial of his 28 U.S.C. § 2255 motion to vacate his sentence, arguing that he received ineffective assistance of counsel, that the court made several errors in sentencing him, and that the prosecution obtained his guilty plea through outrageous conduct and coercion. Seaton raises his substantive ineffective-assistance claims and an assertion that an enhancement to his base offense level

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

violated the Ex Post Facto Clause for the first time on appeal. Seaton has not shown plain error as to these claims.  <u>See</u> <u>Robertson v. Plano City of Texas</u>, 70 F.3d 21, 23 (5th Cir. 1995). As to Seaton's other claims, this court AFFIRMS essentially for the reasons cited by the magistrate judge and district court. <u>United States v. Seaton</u>, No. 91-364-"G" (E.D. La. Oct. 13, 1995).

AFFIRMED.